# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RANDALL JUDE PHELAN, | Case No. 25-CV-1724 (NEB/JFD) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| B. EISCHEN, Warden | |
| Respondent. | |

---

The Court has received the July 1, 2025 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 9 ("R&R").)

Judge Docherty recommended (1) denying without prejudice Phelan's petition for a writ of habeas corpus, (2) dismissing the action, and (3) denying his pending "Motion Responding to Judge's Order that Phelan Show Cause Why Exhaustion Is Futile." (*Id.* at 7–8.) Those recommendations were based upon Phelan's failure to exhaust administrative remedies. (*Id.* at 7.)

In response to the Report and Recommendation, Phelan filed a self-styled "Motion to Delay Closure of § 2241 Filing Until Exhaustion of Administrative Remedy is Complete." (ECF No. 10.) Because Phelan asserts that he is now engaged in the administrative remedy filing process, he asks the Court to "keep 'open'" his habeas petition. (*Id.*)

The Court does not consider Phelan's "Motion to Delay" to be an objection to Judge Docherty's Report and Recommendation. If anything, Phelan is heeding the Report and Recommendation and opting to now pursue administrative exhaustion.

Because no party has objected to that Report and Recommendation, the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 9) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE;

3. The action is DISMISSED WITHOUT PREJUDICE;

4. Petitioner's "Motion Responding to Judge's Order that Phelan Show Cause Why Exhaustion Is Futile" (ECF No. 6) is DENIED; and

5. Petitioner's "Motion to Delay Closure of 2241 filing" is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 18, 2025                    BY THE COURT:

                                          s/Nancy E. Brasel
                                          Nancy E. Brasel
                                          United States District Judge